# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Christopher Steven Zavodsky | Case No.: 16-20408 (SLM)<br>Hearing Date: 6/27/2018<br>Chapter: 13<br>Judge: Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Certification of Default Filed 5/25/18. Debtor's Certification in Opposition to Default filed 6/6/18.

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** June 27, 2018 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: June 6, 2018

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 6, 20 18 this notice was served on the following: Debtors, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-20408-SLM
Christopher Steven Zavodsky    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 06, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db           +Christopher Steven Zavodsky,   826 Bloomfield St Unit 3,    Hoboken, NJ 07030-7005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Scott J. Goldstein    on behalf of Debtor Christopher Steven Zavodsky sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                                                                                                                          TOTAL: 3