Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20408−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Steven Zavodsky
   826 Bloomfield St Unit 3
   Hoboken, NJ 07030

Social Security No.:
   xxx−xx−9817

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/3/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 3, 2018
JAN: env

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                  Case No. 16-20408-SLM
Christopher Steven Zavodsky                                             Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 03, 2018
                              Form ID: 148                Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db             +Christopher Steven Zavodsky,    826 Bloomfield St Unit 3,    Hoboken, NJ 07030-7005
516204104      +Barnes, Iaccarino, & Shepherd,    3 Surrey Lane,    Hempstead, NY 11550-3547
516204110      +Herb Alicendri,    826 Bloomfield St Unit 3,    Hoboken, NJ 07030-7005
516204111      +Lori Zavodsky,    10427 Peso Dell Rio Drive,    Fort Myers, FL 33908-2028
516204112      +Michael Zavodsky,    10427 Peso Dell Rio Drive,    Fort Myers, FL 33908-2028
516246476      +Navient Solutions Inc. on behalf of Massachusetts,    Higher Education Assistance Corp d/b/a,
                 American Student Assistance,    100 Cambridge Street Suite 1600,    Boston. MA 02114-2567
516204114      +Northeastern Engineers FCU,    16-16 Whitestone Expressway,    Whitestone, NY 11357-3055
516204116      +Prosper Funding, LLC,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
516385191      +VW CREDIT, INC.,    PO BOX 9013,    ADDISON, TEXAS 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 23:05:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 23:05:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516204103      +EDI: ALLIANCEONE.COM Jul 04 2018 02:33:00      Alliance One,   4850 Street Road,   Suite 300,
                 Feasterville Trevose, PA 19053-6643
516204105      +EDI: RESURGENT.COM Jul 04 2018 02:33:00      CACH,LLC,   4340 S. Monaco St,
                 Denver, CO 80237-3485
516204106       EDI: CAPITALONE.COM Jul 04 2018 02:33:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
516241997       EDI: CAPITALONE.COM Jul 04 2018 02:33:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516204107      +EDI: NAVIENTFKASMDOE.COM Jul 04 2018 02:33:00      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
516220644       EDI: DISCOVER.COM Jul 04 2018 02:33:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516204108      +EDI: DISCOVER.COM Jul 04 2018 02:33:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
516632474       EDI: ECMC.COM Jul 04 2018 02:33:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
516204109      +E-mail/Text: fggbanko@fgny.com Jul 03 2018 23:04:19     Forster, Garbus, & Garbus,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516289834       EDI: RESURGENT.COM Jul 04 2018 02:33:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Marketplace Loan Grantor,    Trust, Series 2015-CB1,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
516204113      +EDI: NAVIENTFKASMSERV.COM Jul 04 2018 02:33:00      Navient,   Po Box 9655,
                 Wilkes-barre, PA 18773-9655
516411498       EDI: NAVIENTFKASMDOE.COM Jul 04 2018 02:33:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
516332934      +EDI: AGFINANCE.COM Jul 04 2018 02:33:00      ONEMAIN FINANCIAL,   PO BOX 70912,
                 CHARLOTTE, NC 28272-0912
516204115      +EDI: AGFINANCE.COM Jul 04 2018 02:33:00      One main Financial,   Po Box 499,
                 Hanover, MD 21076-0499
516778509       EDI: PRA.COM Jul 04 2018 02:33:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
516778510       EDI: PRA.COM Jul 04 2018 02:33:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
516204117      +EDI: RESURGENT.COM Jul 04 2018 02:33:00      Resurgent Capital Services,   15 S. Main St,
                 Suite 600,   Greenville, SC 29601-2768
516204118      +E-mail/Text: vci.bkcy@vwcredit.com Jul 03 2018 23:05:19     Vw Credit Inc,   2333 Waukeegan Rd,
                 Deerfield, IL 60015-5508
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516632475*      ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2                 Date Rcvd: Jul 03, 2018
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Christopher Steven Zavodsky sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                            TOTAL: 3
```