| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on July 3, 2018 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.:  16-20408SLM |
| IN RE:<br><br>   CHRISTOPHER STEVEN ZAVODSKY | Judge:  STACEY L. MEISEL |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 3, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): CHRISTOPHER STEVEN ZAVODSKY

Case No.: 16-20408SLM

Caption of Order: ORDER DISMISSING PETITION

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered t debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor having failed to comply with that order as set forth in the attached certification, and good and sufficient ca appearing therefrom for the entry of this order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and proceedings thereunder are hereby dismissed without prejudice.

    Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional applica filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Steven Zavodsky  
    Debtor

Case No. 16-20408-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 03, 2018  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db        +Christopher Steven Zavodsky,    826 Bloomfield St Unit 3,    Hoboken, NJ 07030-7005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Scott J. Goldstein    on behalf of Debtor Christopher Steven Zavodsky sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
                                                                                                                                                              TOTAL: 3